# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DISTRICT

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| LUIS A. RODRIGUEZ AND ) | |
| MYRIAM RODRIGUEZ ) | |
| ) | |
| DEBTORS ) | CASE NO. 13-21161 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please enter my appearance as attorney for the Creditor, Webster Bank, in the above-captioned case.  The undersigned further requests that notice be provided of all matters pending before this court relative to the Debtor.

Dated at Hartford, Connecticut this 21st day of June 2016.

>THE MOVANT
>WEBSTER BANK
>
>By      /s/
>   Michael S. Wrona
>   Fed. Bar No. ct24105
>   HALLORAN & SAGE LLP
>   wrona@halloransage.com



| | | |
|---|---|---|
| One Goodwin Square | | Phone (860) 522-6103 |
| 225 Asylum Street | | Fax (860) 548-0006 |
| Hartford, CT 06103 | | Juris No. 26105 |

## **CERTIFICATION**

      This is to certify that on the 21st day of June 2016, a copy of the foregoing was electronically filed and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                   _____/s/_____
                                    Michael S. Wrona

4293255v.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105