## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICT
Hartford Division

|  |  |  |
|---|---|---|
| LUIS A. RODRIGUEZ AND | : | CHAPTER 13 |
| MYRIAM RODRIGUEZ, | : |  |
|     DEBTORS | : | CASE NO: 13-21161 |
|  | : |  |
| WEBSTER BANK, | : |  |
|     MOVANT | : |  |
| VS. | : |  |
| LUIS A. RODRIGUEZ AND | : |  |
| MYRIAM RODRIGUEZ, | : |  |
| MOLLY T. WHITON, Trustee | : |  |
|     RESPONDENTS | : | JULY 5, 2016 |

### OBJECTION TO MOTION FOR RELIEF

The Debtors herein, LUIS A. RODRIGUEZ and MYRIAM RODRIGUEZ, acting herein through their attorney Suzann L. Beckett do hereby object to the Movant's Motion for Relief for the following reasons:

- Debtors dispute that they are in arrears post-petition; and/or
- If Debtors are in arrears, they dispute that the alleged arrearage is accurate.

On today's date, the undersigned has requested documentation from the bank, including a complete transaction history, in order to find and resolve any discrepancy.

WHEREFORE, the Debtors Object to the Movant's Motion for Relief and ask that the matter to be set down for a hearing in September, 2016, and for such other and further relief as the Court deems just and proper.

Dated this 5th day of July, 2016.

                    BY: /s/ Suzann L. Beckett
                        Suzann L. Beckett
                        Beckett Law, LLC
                        543 Prospect Avenue
                        Hartford, CT  06105
                        Tel: (860) 236-1111
                        Juris No. 407970

## **CERTIFICATION**

This is to certify that on the 5th day of July, 2016, a copy of the foregoing was electronically filed and served by mail to anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                        /s/  Suzann L. Beckett
                        Suzann L. Beckett