**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DISTRICT**

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| LUIS A. RODRIGUEZ AND ) | |
| MYRIAM RODRIGUEZ ) | |
| ) | CASE NO. 13-21161 |
| DEBTORS ) | |
| _____ ) | |
| ) | |
| WEBSTER BANK ) | |
| ) | |
| MOVANT ) | |
| ) | |
| VS. ) | |
| ) | |
| LUIS A. RODRIGUEZ AND ) | JULY 12, 2016 |
| MYRIAM RODRIGUEZ ) | |
| MOLLY T. WHITON, Chapter 13 Trustee ) | |
| RESPONDENTS | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 12th day of July 2016, the Notice of Hearing to be held on August 11, 2016 at 12:00 p.m. with regard to the Motion for Relief from Stay (Doc. #48), filed by Webster Bank, was sent by electronic mail to those parties receiving notices through the Court's CM/ECF system and/or by regular mail to those parties listed in the attached Schedule A.

Parties may access this filing through the Court's CM/ECF system.

Dated at Hartford, Connecticut on this the 12th day of July 2016.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE MOVANT
WEBSTER BANK


By_____/s/_____
  Michael S. Wrona
  Fed. Bar No. ct24105
  HALLORAN & SAGE LLP
  wrona@halloransage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## SCHEDULE A

Luis A. Rodriguez
Myriam Rodriguez
1622 Corbin Avenue
New Britain, CT 06053

Suzann L. Beckett, Esq.
Beckett Law LLC
543 Prospect Avenue
Hartford, CT 06105

Molly T. Whiton, Esq.
10 Columbus Blvd.
Hartford, CT 06106

U.S. Trustee
Office of U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06105

Afni, Inc.
P.O. Box 3427
Bloomington, IL 61702

Applied Bank
601 Delaware Avenue
Wilmington, DE 19801

Bank of America
P.O. Box 84006
Columbus, GA 31908

Cap One
P.O. Box 85520
Richmond, VA 23285

CNG
76 Meadow Street
East Hartford, CT 06108

Jefferson Capital Syst.
16 Mcleland Road
St. Cloud, MN 56303

Kohl's/Capone
N56 W 17000 Ridgewood Drive
Menomonee Falls, WI 53051

Lvnc Funding LLC
P.O. Box 10497
Greenville, SC 29603

Midland Funding
8875 Aero Drive, Suite 200
San Diego, CA 92123

Portfolio Recovery & Affil.
120 Corporate Blvd., Suite 1
Norfolk, VA 23502

Sunoco/Cbn
P.O. Box 6497
Sioux Falls, SD 57117

TD Bank USA/Target Credit
P.O. Box 673
Minneapolis, MN 55440

Thd/CBNA
P.O. Box 6497
Sioux Falls, SD 57117

WFF Cards
3201 N 4th Avenue
Sioux Falls, SD 57104

4327166v.1

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
&SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105