## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re | Case No.: 13-21161 |
| LUIS RODRIGUEZ and MYRIAM RODRIGUEZ | Chapter 13 |
| Debtors. | August 11, 2016 |

### CERTIFICATION OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 11th day of August, 2016, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in Section 2 below:

1. **Documents Served:**
   a. Motion to Modify Chapter 13 Plan After Confirmation
   b. Amended Schedules I and J

2. **Parties Served via First Class Mail:**
   a. Luis Rodriguez & Myriam Rodriguez, 1622 Corbin Avenue, 1st Floor, New Britain, CT 06053

   b. Synchrony Bank c/o Recovery Management Systems Corp., 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605

3. **Parties Served via ECF:**
   a. Suzann L. Beckett on behalf of Debtors Luis Rodriguez & Myriam Rodriguez: SuzannB@Beckett-Law.com

   b. Gerald A. Gordon on behalf of Webster Bank, N.A.: ggordon@huntleibert.com

   c. Albert Proulx on behalf of City of New Britain: aproulx@rlblawyers.com

   d. Linda St. Pierre on behalf of Webster Bank, N.A.: bankruptcy@huntleibert.com, lstpierre@huntleibert.com

   e. U. S. Trustee: USTPRegion02.NH.ECF@USDOJ.GOV

   f. Molly T. Whiton, Chapter 13 Trustee: mtwhiton@mtwhiton.com

   g. Michael S. Wrona on behalf of Webster Bank: wrona@halloransage.com, pinell@halloransage.com

Dated:  August 11, 2016.

LUIS RODRIGUEZ &
MYRIAM RODRIGUEZ, DEBTORS

By: /s/ Suzann L. Beckett
Suzann L. Beckett
Beckett Law, LLC
543 Prospect Avenue
Hartford, CT 06105
T: 860-236-1111
F: 860-236-0050
SuzannB@Beckett-Law.com
Federal Bar No. CT 02186